**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,  )<br><br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EVERBANK FINANCIAL CORP., ROBERT CLEMENTS, BLAKE WILSON, SCOTT M. STUART, JOSEPH D. HINKEL, MERRICK R. KLEEMAN, W. RADFORD LOVETT, II, ARRINGTON H. MIXON, ROBERT J. MYLOD, JR., RUSSELL B. NEWTON, III, WILLIAM SANFORD, RICHARD P. SCHIFTER, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, TCT HOLDINGS, INC., and DOLPHIN SUB CORPORATION,  )<br>  )<br>Defendants.  ) | Case No. 3:16-cv-01235-TJC-PDB |

**NOTICE OF VOLUTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses with prejudice the Complaint for Violation of the Securities Exchange Act of 1934 in the above-captioned action.  No class has been certified or sought to be certified in the action and Dismissal is without prejudice to any claims by other members of the putative class.

Dated: November 16, 2016        **THE POLASZEK LAW FIRM, PLLC**

By:  */s/ Christopher S. Polaszek*

**OF COUNSEL:**        Christopher S. Polaszek
Florida Bar No. 0116866

**RIGRODSKY & LONG, P.A.**        3407 W. Kennedy Blvd.
2 Righter Parkway, Suite 120        Tampa, FL 33609
Wilmington, DE 19803        Tel.: (813) 574-7678
Tel.: (302) 295-5310        E-mail: chris@polaszeklaw.com

**RYAN & MANISKAS, LLP**        *Attorneys for Plaintiff*
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Tel.: (484) 588-5516

## CERTIFICATE OF SERVICE

    I hereby certify that, on November 16, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which serves all counsel of record registered with the system.

  By:  */s/ Christopher S. Polaszek*
      Christopher S. Polaszek
      Florida Bar No. 0116866
      The Polaszek Law Firm, PLLC
      3407 W. Kennedy Blvd.
      Tampa, FL 33609
      Tel.: (813) 574-7678
      E-mail: chris@polaszeklaw.com