UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAUL PARSHALL, Individually snf On Behalf of All Others Similarly Situated,

Plaintiff,

v. Case No. 3:16-cv-1235-J-32JRK

EVERBANK FINANCIAL CORP., ROBERT CLEMENTS, BLAKE WILSON, SCOTT M. STUART, JOSEPH D. HINKEL, MERRICK R. KLEEMAN, W. RADFORD LOVETT, II , ARRINGTON H. MIXON, ROBERT J. MYLOD, JR. , RUSSELL B. NEWTON, III , WILLIAM SANFORD, RICHARD P. SCHIFTER, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, TCT HOLDINGS, INC., and DOLPHIN SUB CORPORATION,

Defendants.

---

**O R D E R**

Upon review of the Notice of Voluntary Dismissal With Prejudice (Doc. 9), filed on November 16, 2016, Plaintiff Paul Parshall's case is dismissed with prejudice. This dismissal is without prejudice as to any claims by other members of the putative class. Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. Plaintiff shall send Defendants Teachers Insurance and Annuity Association of America, TCT Holdings, Inc., and Dolphin Sub Corporation a copy of this Order. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of November, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies:

Counsel of record